

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-21-00539-CV

JAMES CLIFFORD WALKER, Appellant

V.

FREDERICK LUNENBURG AND MELODY LUNENBURG, Appellees

Appeal from the 412th Judicial District Court of Brazoria County. (Tr. Ct. No. 102095-CV).

This case is an appeal from the trial court's August 19, 2021 order. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error. Accordingly, the Court **affirms** the trial court's order.

The Court **orders** that the appellant, James Clifford Walker, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 31, 2023.

Panel consists of Chief Justice Adams and Justices Hightower and Countiss. Opinion delivered by Justice Hightower.